**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00644-CV

**ALBERT G. HILL, III, Appellant**

**V.**

**MARGARET KELIHER, ET AL., Appellees**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02706-2**

## ORDER

Before the Court is appellant's August 27, 2020 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 11, 2020**.

/s/     ERIN A. NOWELL
         JUSTICE